Cite as 2025 Ark. 114

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** June 5, 2025

IN RE ARKANSAS BOARD OF LAW
EXAMINERS

**PER CURIAM**

Robert F. Thompson III of Paragould is appointed to the Arkansas Board of Law Examiners (Board) for a six-year term concluding on June 5, 2031. Mr. Thompson will be a representative of the First Congressional District and replaces Melanie Grayson, whose term has expired. In addition, Vicki Bronson of Fayetteville is appointed to the Board for a six-year term concluding on June 5, 2031. Ms. Bronson will be a representative of the Third Congressional District and replaces Jason Duffy, whose term has expired.

The Court extends its sincere appreciation to Mr. Thompson and Ms. Bronson for accepting an appointment to this important board. The Court also expresses its gratitude to Ms. Grayson and Mr. Duffy for their dedicated service to the Board.